# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| MAXELL, LTD.,<br><br>              *Plaintiff,*<br><br>v.<br><br>APPLE INC.,<br><br>              *Defendant.* | Case No. 5:19-cv-0036-RWS<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION SEEKING ENTRY OF ORDER FOCUSING PATENT CLAIMS AND PRIOR ART TO REDUCE COSTS

Pursaunt to General Order No. 13-20, Plaintiff Maxell, Ltd. ("Maxell") and Defendant Apple Inc. ("Apple") (collectively, "the Parties") hereby submit this Joint Motion Seeking Entry of Order Focusing Patent Claims and Prior Art to Reduce Costs ("Focusing Order").

The Parties conferred yet failed to agree to several terms of the proposed Focusing Order relating to the total number of asserted claims and prior art references permitted at each phase, and relating to the treatment of independent claims when only a claim depending thereon has been asserted. These issues, and the Parties' respective proposals, are designated in highlighting in the attached.

Dated: June 12, 2019

| | |
|---|---|
| */s/ Jamie B. Beaber*<br>Geoff Culbertson<br>Kelly Tidwell<br>**Patton, Tidwell & Culbertson, LLP**<br>2800 Texas Boulevard (75503)<br>Post Office Box 5398<br>Texarkana, TX 75505-5398<br>Telephone: (903) 792-7080 | */s/ Luann L. Simmons*<br>Luann L. Simmons (Pro Hac Vice)<br>lsimmons@omm.com<br>**O'MELVENY & MYERS LLP**<br>Two Embarcadero Center 28th Floor<br>San Francisco, CA 94111<br>Telephone: 415-984-8700<br>Facsimile: 415-984-8701 |

Facsimile: (903) 792-8233
gpc@texarkanalaw.com
kbt@texarkanalaw.com

Jamie B. Beaber
Alan M. Grimaldi
Kfir B. Levy
James A. Fussell, III
Baldine B. Paul
Tiffany A. Miller
Saqib Siddiqui
Bryan Nese
William J. Barrow
Alison T. Gelsleichter
**MAYER BROWN LLP**
1999 K Street, NW
Washington, DC 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
jbeaber@mayerbrown.com
agrimaldi@mayerbrown.com
klevy@mayerbrown.com
jfussell@mayerbrown.com
bpaul@mayerbrown.com
tmiller@mayerbrown.com
ssiddiqui@mayerbrown.com
bnese@mayerbrown.com
wbarrow@mayerbrown.com
agelsleichter@mayerbrown.com

Robert G. Pluta
Amanda S. Bonner
**MAYER BROWN LLP**
71 S. Wacker Drive
Chicago, IL 60606
(312) 782-0600
rpluta@mayerbrown.com
asbonner@mayerbrown.com

*Counsel for Plaintiff Maxell, Ltd.*

Xin-Yi Zhou (Pro Hac Vice)
vzhou@omm.com
Anthony G. Beasley (TX #24093882)
tbeasley@omm.com
**O'MELVENY & MYERS LLP**
400 S. Hope Street
Los Angeles, CA 90071
Telephone: 213-430-6000
Facsimile: 213-430-6407

Laura Bayne Gore (Pro Hac Vice)
lbayne@omm.com
**O'MELVENY & MYERS LLP**
Times Square Tower, 7 Times Square
New York, NY 10036
Telephone: 212-326-2000
Facsimile: 212-326-2061

Melissa R. Smith (TX #24001351)
melissa@gilliamsmithlaw.com
**GILLIAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

*Counsel for Defendant Apple Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served this 12th day of June, 2019, with a copy of this document via the Court's CM/ECF system.

                                                                                        */s/ Jamie B. Beaber*