IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| MAXELL, LTD.,<br><br>        Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>        Defendant. | Case No. 5:19-cv-0036-RWS<br><br>**JURY TRIAL DEMANDED** |

**JOINT REPORT REGARDING**
**APPLE'S MOTION FOR PROTECTIVE ORDER (D.I. 228, 242, 291)**

On March 12, 2020, Apple filed a motion for protective order concerning certain of Maxell's Rule 30(b)(6) topics. D.I. 228. Maxell filed its opposition on March 26. D.I. 242. Pursuant to this Court's Order (D.I. 279), Apple filed its reply on April 22 (D.I. 291) and the parties met and conferred on April 27. The parties thereafter continued to confer by email. The results of the parties' discussions are summarized below, organized consistent with the motion:

- Section A:  Topic 1 - **unresolved**, Topic 3 - **resolved**, Topic 8 - **resolved**

- Section B:  Topic 4 - **unresolved**, Topic 7 - **resolved**, Topic 29 - **unresolved with respect to Intel/Qualcomm/Dialog/Sony, otherwise resolved**, and Topic 58 - **resolved**

- Section C:  Topics 38 and 41:  **unresolved**

- Section D:  Topics 39 and 56:  **unresolved**

- Section E:  Topic 63:  **unresolved**

- Section F:  Topics 78 - **resolved**, Topic 79 - **resolved**, and Topic 80 - **unresolved**

1

Dated: April 30, 2020  By:  */s/ Jamie B. Beaber*

        Geoff Culbertson
        Kelly Tidwell
        Patton, Tidwell & Culbertson, LLP
        2800 Texas Boulevard (75503)
        Post Office Box 5398
        Texarkana, TX 75505-5398
        Telephone: (903) 792-7080
        Facsimile: (903) 792-8233
        gpc@texarkanalaw.com
        kbt@texarkanalaw.com

        Jamie B. Beaber
        Alan M. Grimaldi
        Kfir B. Levy
        James A. Fussell, III
        Baldine B. Paul
        Tiffany A. Miller
        Saqib Siddiqui
        Bryan Nese
        William J. Barrow
        Alison T. Gelsleichter
        Clark S. Bakewell
        MAYER BROWN LLP
        1999 K Street, NW
        Washington, DC 20006
        Telephone: (202) 263-3000
        Facsimile: (202) 263-3300
        jbeaber@mayerbrown.com
        agrimaldi@mayerbrown.com
        klevy@mayerbrown.com
        jfussell@mayerbrown.com
        bpaul@mayerbrown.com
        tmiller@mayerbrown.com
        ssiddiqui@mayerbrown.com
        bnese@mayerbrown.com
        wbarrow@mayerbrown.com
        agelsleichter@mayerbrown.com
        cbakewell@mayerbrown.com

        Robert G. Pluta
        Amanda S. Bonner
        MAYER BROWN LLP
        71 S. Wacker Drive
        Chicago, IL 60606

(312) 782-0600
rpluta@mayerbrown.com
asbonner@mayerbrown.com

*Counsel for Plaintiff Maxell, Ltd.*


*/s/ Luann L. Simmons*

Luann L. Simmons (*Pro Hac Vice*)
lsimmons@omm.com
**O'MELVENY & MYERS LLP**
Two Embarcadero Center
28th Floor
San Francisco, CA 94111
Telephone: 415-984-8700
Facsimile: 415-984-8701

Xin-Yi Zhou (*Pro Hac Vice*)
vzhou@omm.com
**O'MELVENY & MYERS LLP**
400 S. Hope Street
Los Angeles, CA 90071
Telephone: 213-430-6000
Facsimile: 213-430-6407

Marc J. Pensabene *(Pro Hac Vice)*
mpensabene@omm.com
Laura Bayne Gore (*Pro Hac Vice*)
lbayne@omm.com
**O'MELVENY & MYERS LLP**
Times Square Tower, 7 Times Square
New York, NY 10036
Telephone: 212-326-2000
Facsimile: 212-326-2061

Melissa R. Smith (TX #24001351)
melissa@gilliamsmithlaw.com
**GILLIAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

***Attorneys for Defendant Apple Inc.***

3

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 30, 2020.

*/s/ Melissa R. Smith*