# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | | |
|---|---|---|
| MAXELL LTD., | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 5:19-CV-00036-RWS |
| | § | |
| v. | § | |
| | § | |
| APPLE INC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The Court hereby **SETS** Apple's Motion to Compel Complete Responses to Interrogatory Nos. 6, 10, 12, 17 and 19 (Docket No. 224) and Apple's Motion for Protective Order (Docket No. 228) for a telephonic hearing on **Thursday, May 14, 2020** at **10 a.m.** before the undersigned. To manage the telephonic hearing, it is

**ORDERED** that, although any counsel of record may attend the telephonic hearing, for each motion, each party shall designate one attorney only to argue, present evidence and respond to any questions. It is further

**ORDERED** that the parties shall circulate dial-in conference call information at least 24 hours prior to the conference. The parties shall jointly email the dial-in information to Melissa_Keech@txed.uscourts.gov.

So ORDERED and SIGNED this 6th day of May, 2020.

*[signature]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE