# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| MAXELL, LTD., <br><br> *Plaintiff*, <br><br> v. <br><br> APPLE INC., <br><br> *Defendant*. | Case No. 5:19-cv-00036-RWS <br><br> **JURY TRIAL DEMANDED** |

## ORDER

Upon consideration of Plaintiff Maxell, Ltd.'s ("Maxell") Motion to Amend the Protective Order and for an Order of Discovery Under 28 U.S.C. § 1782, Apple's response in Opposition thereto, and the record before the Court, the Court finds that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Maxell, Apple Inc., and Intel Corporation meet and confer on a Proposed Addendum to the Protective Order and file the Proposed Addendum with the Court within 10 days of this order.