# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TEXARKANA DIVISION

| | | |
|---|---|---|
| **MAXELL, LTD.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CASE NO.  5:19-cv-00036-RWS** |
| | § | |
| **APPLE INC.,** | § | |
| | § | |
| **Defendant.** | § | |

---

## DLA PIPER LLP (US)'s MOTION TO STRIKE CERTAIN PORTIONS OF JAMIE B. BEABER'S DECLARATION IN SUPPORT OF MAXELL'S MOTION TO DISQUALIFY

---

Pursuant to the Federal Rules of Evidence, DLA Piper LLP (US) ("DLA") hereby objects to portions of the Declaration of Jamie B. Beaber  filed in support of Maxell, Ltd.'s Motion to Disqualify. DLA respectfully requests that the Court strike the objectionable and speculative portions of the Declaration of Jamie B. Beaber as specifically set forth below:

| Declaration | DLA's Objection |
|---|---|
| **Paragraph 2, last sentence:** "Mr. Park billed hundreds of hours on Maxell's smartphone matters, including many hours spent on matters adverse to Apple, drafting and reviewing documents and filings and attending strategy meetings." | • **FRE 602** – Mr. Beaber provides no foundation and lacks personal knowledge. |
| **Paragraph 3:** "During his time at Mayer Brown, Mr. Park has accessed and had full access to all of Maxell's highly confidential business information. Mr. Park was intimately involved in the Maxell smartphone matters: he attended numerous depositions relating to the Maxell smartphone matters, has direct knowledge of Maxell's litigation strategy (which includes privileged attorney | • **FRE 602** – Mr. Beaber provides no foundation and lacks personal knowledge. |

| Declaration | DLA's Objection |
|---|---|
| mental impressions and work product), attended meetings with Maxell related to this case including at the client's headquarters in Japan, was on the internal and external e-mail distribution lists for these cases where hundreds of confidential e-mails both within Mayer Brown and with Maxell were exchanged, and has seen confidential, technical and strategic information related to these cases (and in this case against Apple specifically), among others." | |
| **Paragraph 19:** "Two days before his departure from Mayer Brown, Mr. Park's assistant, at his direction, moved certain e-mail file folders from Mr. Park's Mayer Brown e-mail account into a database for one of his clients transferring to DLA Piper. Without Maxell's or Mayer Brown's knowledge or consent, several highly confidential and attorney-client privileged documents concerning Maxell were within those e-mail file folders which are now at DLA Piper." | • **FRE 602** – Mr. Beaber provides no foundation and lacks personal knowledge<br>• **FRE 802** – This statement is hearsay. |

Dated:  November 11, 2020                    Respectfully submitted,

                                             /s/ John T. Cox III
                                             John T. Cox III
                                                 Texas Bar No. 24003722
                                                 TCox@gibsondunn.com
                                             Ashley E. Johnson
                                                 Texas Bar No. 24067689
                                                 AJohnson@gibsondunn.com
                                             Scott K. Hvidt
                                                 Texas Bar No. 24097864
                                                 SHivdt@gibsondunn.com
                                             GIBSON, DUNN & CRUTCHER LLP
                                             2001 Ross Avenue, Suite 2100
                                             Dallas, Texas 75201
                                             Telephone:  (214) 698-3100
                                             Facsimile:  (214) 571-2900

                                             Kevin S. Rosen (pro hac vice pending)
                                                 California Bar No. 133304
                                                 KRosen@gibsondunn.com
                                             GIBSON, DUNN & CRUTCHER LLP
                                             333 South Grand Avenue
                                             Los Angeles, California 90071
                                             Telephone:  (213) 229-7635
                                             Facsimile:  (213) 229-6635

                                             **COUNSEL FOR DLA PIPER LLP (US)**

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served this 11th day of November, 2020, with a copy of this document via electronic mail pursuant to Local Rule CV-5(d).

                                             /s/ John T. Cox III
                                             John T. Cox III

## CERTIFICATE OF CONFERENCE

I hereby certify that DLA Piper LLP (US) has complied with the requirements of Local Rule CV-7(h) governing this case. Specifically, I conferred with Maxell's counsel Alan Grimaldi on November 11, 2020 regarding the relief requested in this Motion.  The parties were not able to resolve the issues raised by this Motion, and counsel for Maxell indicated that Maxell opposes this this Motion on the merits.

*/s/ John T. Cox III*
John T. Cox III