# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| MAXELL, LTD., <br><br> *Plaintiff*, <br><br> v. <br><br> APPLE INC., <br><br> *Defendant*. | Case No. 5:19-cv-00036-RWS <br><br> **JURY TRIAL DEMANDED** |

### PLAINTIFF MAXELL, LTD.'S OPPOSITION TO DLA PIPER LLP (US)'S MOTION TO STRIKE CERTAIN PORTIONS OF JAMIE B. BEABER'S DECLARATION IN SUPPORT OF MAXELL'S MOTION TO DISQUALIFY

Plaintiff Maxell, Ltd. ("Maxell") hereby opposes DLA Piper LLP (US)'s ("DLA Piper") Motion to Strike Certain Portions of Jamie B. Beaber's Declaration in Support of Maxell's Motion to Disqualify (D.I. 577). Maxell opposes the relief requested in the Motion to Strike because DLA Piper's objections to Mr. Beaber's declaration have no merit. Maxell disagrees that specific portions of Mr. Beaber's declaration identified in the Motion to Strike lack foundation, are not based on personal knowledge, and/or are hearsay.

Dated: November 11, 2020

By:  */s/ Jamie B. Beaber*
Geoff Culbertson
Kelly Tidwell
Patton, Tidwell & Culbertson, LLP
2800 Texas Boulevard (75503)
Post Office Box 5398
Texarkana, TX 75505-5398
Telephone: (903) 792-7080
Facsimile: (903) 792-8233
gpc@texarkanalaw.com
kbt@texarkanalaw.com

Jamie B. Beaber
Alan M. Grimaldi
Kfir B. Levy

1

James A. Fussell, III
William J. Barrow
Baldine B. Paul
Tiffany A. Miller
Michael L. Lindinger
Saqib J. Siddiqui
Bryan C. Nese
Alison T. Gelsleichter
Clark S. Bakewell
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
jbeaber@mayerbrown.com
agrimaldi@mayerbrown.com
klevy@mayerbrown.com
jfussell@mayerbrown.com
wbarrow@mayerbrown.com
bpaul@mayerbrown.com
tmiller@mayerbrown.com
mlindinger@mayerbrown.com
ssiddiqui@mayerbrown.com
bnese@mayerbrown.com
agelsleichter@mayerbrown.com
cbakewell@mayerbrown.com

Robert G. Pluta
Amanda Streff Bonner
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
(312) 782-0600
rpluta@mayerbrown.com
asbonner@mayerbrown.com

*Counsel for Plaintiff Maxell, Ltd.*

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served this 11th day of November, 2020, with a copy of this document via electronic mail pursuant to Local Rule CV-5(d).

                                                      */s/ Jamie B. Beaber*
                                                      Jamie B. Beaber