# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| MAXELL, LTD.,<br><br>    Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No. 5:19-cv-0036-RWS<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO PARTIALLY AMEND DOCKET CONTROL ORDER

Pursuant to the Court's Order issued on December 1, 2020 resetting Jury selection and trial (D.I. 593), Plaintiff Maxell, Ltd. and Defendant Apple Inc. (collectively, the "Parties") hereby jointly move to amend the current Docket Control Order (Dkt. No. 545) in the above-captioned matter.

In the aforementioned Order, the Court directed the Parties

> to promptly meet and confer regarding any remaining pretrial matters to be resolved, including a schedule for resolving objections to exhibits and deposition designations, or any other necessary modifications to the case schedule by filing a jointly proposed motion to amend the docket control order or other motion practice as the circumstances might require.

D.I. 593.

The parties thus propose and request entry of the following schedule to govern these proceedings until the reset trial:

| Proposed Date | Event |
|---|---|
| **3 DAYS after conclusion of Trial** | Parties to file **Motion to Seal Trial Exhibits**, if they wish to seal any highly confidential exhibits.<br><br>**EXHIBITS: See Order Regarding Exhibits below.** |
| March 22, 2021<br><br>Court designated date – not flexible without good cause - Motion Required | **9:00 a.m. JURY TRIAL before Judge Robert W. Schroeder III, Texarkana, Texas.**<br><br>For planning purposes, parties shall be prepared to start the evidentiary phase of trial immediately following jury selection. |
| March 22, 2021<br><br>Court designated date – not flexible without good cause - Motion Required | **9:00 a.m. JURY SELECTION before Judge Robert W. Schroeder III, Texarkana, Texas.** |
| To Be Determined<br><br>Court designated date – not flexible without good cause - Motion Required | **PRETRIAL CONFERENCE before Judge Robert W. Schroeder III, Texarkana, Texas. (if necessary)**<br><br>Discuss trial logistics and *voir dire* procedure. Resolve any pending motions or objections.<br><br>Lead trial counsel must attend the pretrial conference. |
| March 4, 2020<br><br>[2.5 weeks before trial] | **File a Notice of Time Requested for (1) voir dire, (2) opening statements, (3) direct and cross examinations, and (4) closing arguments.** |
| March 1, 2020<br><br>[3 weeks before trial] | **File pretrial objections.**<br><br>The parties are **ORDERED** to meet and confer to resolve any disputes before filing any objection to pretrial disclosures. |
| March 1, 2020<br><br>[3 weeks before trial] | **File Amended Joint Final Pretrial Order, Amended Joint Proposed Jury Instructions with citation to authority and Amended Form of the Verdict for jury trials**.<br><br>Parties shall use the pretrial order form on Judge Schroeder's website.<br><br>Proposed Findings of Fact and Conclusions of Law with citation to authority for issues tried to the bench. |

2

| | |
|---|---|
| February 24, 2020<br><br>[3.5 weeks before trial] | Deadline for Parties to meet and confer regarding remaining pretrial objections. |
| February 17, 2020<br><br>[4.5 weeks before trial] | Parties identify exhibits and deposition designations for which they maintain pretrial objections. |
| February 12, 2020<br><br>[5 weeks before trial] | **Notice of Request for Daily Transcript or Real Time Reporting of Court Proceedings due.**<br><br>If a daily transcript or real time reporting of court proceedings is requested for trial or hearings, the party or parties making said request shall file a notice with the Court. |
| February 4, 2020<br><br>[6 weeks before trial] | **Deadline to File Motions Requesting Leave to Designate Exhibits in Excess of 250**. |
| February 4, 2020<br><br>[6 weeks before trial] | Exchange Narrowed Pretrial Disclosures (Witness List, Deposition Designations, and Exhibit List). Parties may withdraw, but not supplement, witnesses, deposition designations, and exhibits from those previously exchanged. Remaining deposition designations and exhibits shall maintain previously exchanged objections.<br><br>Video and Stenographic Deposition Designation due. Each party who proposes to offer deposition testimony shall serve a disclosure identifying the line and page numbers to be offered. |
| January 28, 2020<br><br>[7 weeks before trial] | Parties to complete identification of narrowed issues for trial in accordance with framework to be ordered by the Court.[1] |

A proposed Docket Control Order is submitted herewith.

Dated: December 22, 2020

/s/ *Jamie B. Beaber*  
Geoff Culbertson  
Kelly Tidwell  
Patton, Tidwell & Culbertson, LLP  
2800 Texas Boulevard (75503)  
Post Office Box 5398

/s/ *Mark D. Fowler*  
Harry L. Gillam, Jr.  
Texas Bar No. 07921800  
Melissa Richards Smith  
Texas Bar No. 24001351  
GILLAM & SMITH, LLP

---

[1] Once the Court rules on the parties' dispute as to narrowing the issues for trial, the parties agree to meet and confer on a schedule to complete any such case narrowing by January 28, 2020.

3

Texarkana, TX 75505-5398
Telephone: (903) 792-7080
Facsimile: (903) 792-8233
gpc@texarkanalaw.com
kbt@texarkanalaw.com

Jamie B. Beaber
Alan M. Grimaldi
Kfir B. Levy
James A. Fussell, III
Baldine B. Paul
Tiffany A. Miller
Saqib J. Siddiqui
Bryan C. Nese
William J. Barrow
Alison T. Gelsleichter
Clark S. Bakewell
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
jbeaber@mayerbrown.com
agrimaldi@mayerbrown.com
klevy@mayerbrown.com
jfussell@mayerbrown.com
bpaul@mayerbrown.com
tmiller@mayerbrown.com
ssiddiqui@mayerbrown.com
bnese@mayerbrown.com
wbarrow@mayerbrown.com
agelsleichter@mayerbrown.com
cbakewell@mayerbrown.com

Robert G. Pluta
Amanda Streff Bonner
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
(312) 782-0600
rpluta@mayerbrown.com
asbonner@mayerbrown.com

*Counsel for Plaintiff Maxell, Ltd.*

303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: gil@gillamsmithlaw.com
Email: melissa@gillamsmithlaw.com

Mark D. Fowler (Pro Hac Vice)
Brent K. Yamashita
Christian Chessman
DLA PIPER LLP (US)
2000 University Ave.
East Palo Alto, CA 94303-2214
Tel: 650.833.2000
Fax: 650.833.2001

Sean C. Cunningham (Pro Hac Vice)
Erin P. Gibson (Pro Hac Vice)
Kevin Hamilton (Pro Hac Vice)
David R. Knudson (Pro Hac Vice)
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101
Tel: 619.699.2700
Fax: 619.699.2701

Michael Jay (Pro Hac Vice)
DLA PIPER LLP (US)
2000 Avenue of the Stars, Suite 400
Los Angeles, CA 90067
Tel: 310.595.3000
Fax: 310.595.3300

Aaron G. Fountain
Zachary Loney
DLA PIPER LLP (US)
401 Congress Avenue, Suite 2500
Austin, Texas 78701-3799
Tel: 512.457.7000
Fax: 512.457.7001

Dawn M. Jenkins
DLA PIPER LLP (US)
1000 Louisiana, Suite 2800
Houston, TX 77002-5005
Tel: 713.425.8490

4

Fax: 713.300.6012
Paul Steadman (Pro Hac Vice)
Stephanie Lim (Pro Hac Vice)
DLA PIPER LLP (US)
444 West Lake Street, Ste. 900
Chicago, IL 60606
Tel: 312.368.4000
Fax: 312.236.7516

Paul Steadman
Stephanie Lim (Pro Hac Vice)
DLA PIPER LLP (US)
444 West Lake Street, Ste. 900
Chicago, IL 60606
Tel: 312.368.4000
Fax: 312.236.7516

*Counsel for Defendant Apple Inc.*

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served this 22nd day of December, 2020, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                            */s/ Jamie B. Beaber*
                                            Jamie B. Beaber