# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TEXARKANA DIVISION

| | |
|---|---|
| **MAXELL, LTD.,** | |
| **Plaintiff,** | **CASE NO.  5:19-CV-00036-RWS** |
| **v.** | |
| **APPLE INC.,** | |
| **Defendant.** | |

## DEFENDANT APPLE INC.'S NOTICE OF REQUEST FOR HEARING ON THE PARTIES' PROPOSALS TO NARROW THE ISSUES TO BE HEARD AT TRIAL

In view of the upcoming deadlines set forth in the operative Docket Control Order (Dkt. No. 606)—many of which are dependent on the parties having narrowed the issues to be heard at trial—Apple respectfully requests that the Court set a hearing on the parties' competing narrowing proposals as set forth in the Joint Status Report submitted on December 22, 2020 (Dkt. No. 603).  The Court has set a hearing on Plaintiff Maxell, Ltd.'s Motion to Amend the Protective Order and for an Order of Discovery Under 28 U.S.C. § 1782 for January 21, 2021 at 10 a.m.  For the convenience of the Court and the parties, Apple requests that any hearing on the case narrowing issue be set for this same time.

Dated: January 15, 2021

Respectfully Submitted

By: */s/ Mark D. Fowler*

Harry L. Gillam, Jr.
Texas Bar No. 07921800
Melissa Richards Smith
Texas Bar No. 24001351
**GILLAM & SMITH, LLP**

303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: gil@gillamsmithlaw.com
Email: melissa@gillamsmithlaw.com

Mark D. Fowler (*Pro Hac Vice*)
Brent K. Yamashita
Christian Chessman
**DLA PIPER LLP (US)**
2000 University Ave.
East Palo Alto, CA 94303-2214
Tel: 650.833.2000
Fax: 650.833.2001

Sean C. Cunningham (*Pro Hac Vice*)
Erin P. Gibson (*Pro Hac Vice*)
Kevin Hamilton (*Pro Hac Vice*)
David R. Knudson (*Pro Hac Vice*)
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101
Tel: 619.699.2700
Fax: 619.699.2701

Michael Jay (*Pro Hac Vice*)
**DLA PIPER LLP (US)**
2000 Avenue of the Stars, Suite 400
Los Angeles, CA 90067
Tel: 310.595.3000
Fax: 310.595.3300

Aaron G. Fountain
Zachary Loney
**DLA PIPER LLP (US)**
401 Congress Avenue, Suite 2500
Austin, Texas 78701-3799
Tel: 512.457.7000
Fax: 512.457.7001

Dawn M. Jenkins
**DLA PIPER LLP (US)**
1000 Louisiana, Suite 2800
Houston, TX 77002-5005
Tel: 713.425.8490
Fax: 713.300.6012

2

Paul Steadman
Stephanie Lim (*Pro Hac Vice*)
**DLA PIPER LLP (US)**
444 West Lake Street, Ste. 900
Chicago, IL 60606
Tel: 312.368.4000
Fax: 312.236.7516

*COUNSEL FOR DEFENDANT APPLE INC.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 15th day of January 2021, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3).  Any other counsel of record will be served by a facsimile transmission and/or first-class mail.

*/s/ Harry L. Gillam, Jr.*
Harry L. Gillam, Jr.

3