# NOIN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION

| | |
|---|---|
| **MAXELL, LTD.,**<br><br>        **Plaintiff,**<br><br>    v.<br><br>**APPLE INC.,**<br><br>        **Defendant.** | **CASE NO. 5:19-CV-00036-RWS** |

## DEFENDANT APPLE INC.'S NOTICE OF PATENT OFFICE INSTITUTION ON ALL ASSERTED CLAIMS OF ALL ASSERTED PATENTS

On March 4, 2021, Defendant Apple Inc. filed its reply brief in support its pending motion to stay, requesting that this action be stayed because, at the time, four of the six currently asserted patents were subject to post-grant review, and decisions for the remaining two patents were expected soon. *See* D.I. 644. Since the filing of its reply brief, Apple has received notice that the Patent Office granted *ex parte* reexamination of the asserted claims of U.S. Patent No. 7,116,438 and U.S. Patent No. 6,430,498. Therefore, as the chart below shows, all asserted claims of all currently asserted patents are now involved in post-grant review proceedings:

| Asserted Patent | EPR or IPR Case Number | Institution Date |
|---|---|---|
| U.S. Patent No. 6,430,498 | EPR No. 90/014,673 | 3/8/2021 |
| U.S. Patent No. 7,116,438 | EPR No. 90/014,678 | 3/4/2021 |
| U.S. Patent No. 6,748,317 | EPR No. 90/014,639<br>EPR No. 90/014,662 | 2/12/2021<br>2/12/2021 |
| U.S. Patent No. 6,580,999 | EPR No. 90/014,661<br>EPR No. 90/014,640 | 2/26/2021<br>1/12/2021 |
| U.S. Patent No. 8,339,493 | EPR No. 90/014,628 | 1/28/2021 |
| U.S. Patent No. 6,329,794 | IPR2020-00199 | 6/19/2020 |

A copy of the institution decision for the '438 patent is attached to this notice as Exhibit 1. A copy of the '498 patent reexamination status is attached as Exhibit 2, and Apple will provide a full copy of the '498 reexamination decision as soon as it is publicly available. The institution decisions for the remaining asserted patents were attached to Apple's reply brief (D.I. 644) as Exhibits 1-6.

Furthermore, the Patent Office also has instituted post-grant review proceedings on the previously asserted claims of the four non-elected Maxell patents, as follows:

| Non-Elected Patent | EPR or IPR Case Number | Institution Date |
|---|---|---|
| U.S. Patent No. 6,408,193 (non-elected) | EPR No. 90/014,632 | 2/1/2021 |
| U.S. Patent No. 10,084,991 (non-elected) | IPR2020-00200 | 7/15/2020 |
| U.S. Patent No. 6,928,306 (non-elected) | IPR2020-00204 | 6/19/2020 |
| U.S. Patent No. 10,212,586 (non-elected) | IPR2020-00202 | 7/15/2020 |

Dated: March 8, 2021

Respectfully Submitted

By: */s/ Mark D. Fowler*
Harry L. Gillam, Jr.
Texas Bar No. 07921800
Melissa Richards Smith
Texas Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

Mark D. Fowler (*Pro Hac Vice*)
Brent K. Yamashita
Christian Chessman
**DLA PIPER LLP (US)**
2000 University Ave.
East Palo Alto, CA 94303-2214
Tel: 650.833.2000

Fax: 650.833.2001

Sean C. Cunningham (*Pro Hac Vice*)
Erin P. Gibson (*Pro Hac Vice*)
Kevin Hamilton (*Pro Hac Vice*)
David R. Knudson (*Pro Hac Vice*)
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101
Tel: 619.699.2700
Fax: 619.699.2701

Michael Jay (*Pro Hack Vice*)
**DLA PIPER LLP (US)**
2000 Avenue of the Stars, Suite 400
Los Angeles, CA 90067
Tel: 310.595.3000
Fax: 310.595.3300

Aaron G. Fountain
Zachary Loney
**DLA PIPER LLP (US)**
401 Congress Avenue, Suite 2500
Austin, Texas 78701-3799
Tel: 512.457.7000
Fax: 512.457.7001

Dawn M. Jenkins
**DLA PIPER LLP (US)**
1000 Louisiana, Suite 2800
Houston, TX 77002-5005
Tel: 713.425.8490
Fax: 713.300.6012

Paul Steadman
Stephanie Lim (*Pro Hac Vice*)
**DLA PIPER LLP (US)**
444 West Lake Street, Ste. 900
Chicago, IL 60606
Tel: 312.368.4000
Fax: 312.236.7516

*COUNSEL FOR DEFENDANT APPLE INC.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 8th day of March 2021, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3).  Any other counsel of record will be served by a facsimile transmission and/or first-class mail.

*/s/ Mark D. Fowler*
Mark D. Fowler