IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| MAXELL, LTD. | § | |
| | § | |
| V. | § | CAUSE NO. 5:19-CV-00036-RWS |
| | § | |
| APPLE, INC. | § | |

MINUTES FOR PRETRIAL CONFERENCE
HELD BEFORE JUDGE ROBERT W. SCHROEDER III
MARCH 10, 2021

OPEN: 10:00 a.m.                                                                ADJOURN: 1:46 p.m.

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Jamie Beaber, Geoffrey Culbertson, Tripp Fussell, Kfir Levy, Bryan Nese, Saqib Siddiqui and Kelly Tidwell |
| ATTORNEYS FOR DEFENDANT: | Sean Cunningham, Mark Fowler, Erin Gibson, Gil Gillam and Michael Jay |
| LAW CLERK: | Susan Stradley |
| COURTROOM DEPUTY: | Shedera Combs |
| COURT REPORTER: | Kate McAlpine |

| | |
|---|---|
| 10:00 a.m. | Case called; Parties introduce themselves and announce ready; Court welcomes everyone; Court reviews pretrial proceedings; Court reviews logistics of trial - courtroom setup, voir dire, trial day, protocols |
| 10:07 a.m. | Mark Fowler asks when and where to send COVID test results; Court responds; Mr. Fowler requests partial waiver (one day) for test of a witness; Court will allow; Mr. Fowler inquires about remote courtroom, including number of individuals allowed, enter/exit policy, testing of participants, video/audio to overflow as well as to other remote parties; Court responds; Mr. Fowler notifies Court of potential issue with Apple's first witness; Court responds |
| 10:21 a.m. | Geoff Culbertson asks for clarification re testing experts; Court responds; Mr. Culbertson asks about location of testifying witness in courtroom; Court responds; Mr. Culbertson asks about number allowed in courtroom. |

| | |
|---|---|
| 10:26 a.m. | Mr. Fowler asks for clarification on location of jury and parties during trial |
| 10:27 a.m. | Court reviews voir dire procedures; Court will allow parties to set up equipment on Friday prior to voir dire, Monday after voir dire or Tuesday morning |
| 10:39 a.m. | Gil Gillam asks if mini-opening statements will be allowed during voir dire; Court will allow |
| 10:40 a.m. | Mr. Culberston asks when panel list and questionnaires will be available; Court will make them available Friday at noon for pick up; Mr. Culbertson asks for copies of letter to panel and final questionnaire; Court will provide |
| 10:40 a.m. | Court reviews normal trial day |
| 10:42 a.m. | Court reviews exchange of witness and exhibit lists; Parties agreement is acceptable; Court explains exhibit procedure |
| 10:46 a.m. | Court explains use of clock - no sidebars, jury will be removed from courtroom if necessary; Parties will be charged time |
| 10:47 a.m. | Court will not require in-person meet and confer; Issues where no agreement is reached should be filed on the docket by 10 p.m. |
| 10:48 a.m. | Court reviews sealing courtroom procedure |
| 10:49 a.m. | Court will allow jury notebooks if parties agree |
| 10:50 a.m. | Mr. Gillam asks re panel list and questionnaires; Court will make them available electronically at the parties request |
| 10:54 a.m. | Court sets the following time limits: voir dire - 45 minutes, openings - 45 minutes, presentation - 18 hours per side and closing - 45 minutes; Court will consider lengthening closing to one hour |
| 10:56 a.m. | Mr. Culbertson asks if closing can be split between attorneys; Court responds; Mr. Gillam asks for clarification of voir dire time; Court responds |
| 10:58 a.m. | Mr. Cunningham questions re overflow courtroom when sealed; Court responds |
| 10:59 a.m. | Court questions re parties agreement to carry deposition designations to trial; Kfir Levy responds |
| 10:59 a.m. | Mr. Levy reviews remaining MIL issues and states agreement as to MIL #5 |
| 11:02 a.m. | Erin Gibson argues re striking portion of Mulhern testimony re estimated sales |

|  |  |
|---|---|
|  | price |
| 11:07 a.m. | Mr. Levy responds |
| 11:10 a.m. | Ms. Gibson responds |
| 11:12 a.m. | Court questions re new opinions; Mr. Levy responds |
| 11:14 a.m. | Court requests copies of full reports; Mr. Levy responds |
| 11:15 a.m. | Mr. Gillam argues updated damages information |
| 11:17 a.m. | Mr. Levy responds |
| 11:23 a.m. | Court questions re relief sought; Mr. Gillam responds |
| 11:24 a.m. | Mr. Levy responds |
| 11:25 a.m. | Court requests Mr. Levy and Mr. Gillam to meet and confer |
| 11:26 a.m. | Michael Jay argues re MIL #10 relating to the 282 notice |
| 11:30 a.m. | Trip Fussell responds re MIL #10 |
| 11:32 a.m. | Court asks Apple to provide expert report and two patents; Mr. Jay responds |
| 11:32 a.m. | Mr. Cunningham addresses two patents re prosecution history estoppel |
| 11:34 a.m. | Bryan Nese responds |
| 11:36 a.m. | Mr. Cunningham responds and provides citations |
| 11:39 a.m. | Mr. Nese responds |
| 11:41 a.m. | Jamie Beaber notifies Court MIL #5 is agreed as written; Mr. Jay responds |
| 11:42 a.m. | Mr. Fowler argues re MIL #6 re Steve Jobs |
| 11:43 a.m. | Court questions re three axis gyro; Mr. Nese responds; Mr. Fowler responds |
| 11:45 a.m. | Kelly Tidwell responds |
| 11:47 a.m. | Court questions how to test; Mr. Tidwell responds |

| | |
|---|---|
| 11:49 a.m. | Court questions re purpose of Apple's MIL #6; Mr. Fowler responds |
| 11:51 a.m. | Court questions re exchange of opening slides; Mr. Beaber responds; Mr. Fowler responds |
| 11: 52 a.m. | Mr. Jay argues re Apple's MIL #8 |
| 11:53 a.m. | Mr. Tidwell responds |
| 11:54 a.m. | Court will allow inquiry as to owning stock; Mr. Jay responds; Mr. Tidwell responds |
| 11:55 a.m. | Recess |
| 12:14 p.m. | Ms. Gibson follows up on Mulhern's damages calculations |
| 12:17 p.m. | Mr. Levy responds |
| 12:20 p.m. | Court questions when opinion/report was first disclosed to Apple; Mr. Levy responds |
| 12:21 p.m. | Ms. Gibson responds |
| 12:23 p.m. | Mr. Levy responds |
| 12:24 p.m. | Court questions re new opinion; Mr. Levy responds |
| 12:26 p.m. | Court questions re why just now disclosed; Mr. Levy responds |
| 12:28 p.m. | Court questions re prejudice; Ms. Gibson responds |
| 12:30 p.m. | Court asks if deposition would solve; Ms. Gibson responds; Mr. Levy responds |
| 12:33 p.m. | Court requires Maxell to produce witness for deposition by Monday; Apple may filed motion to strike by Tuesday; Maxell response due Wednesday |
| 12:34 p.m. | Mr. Nese addresses objections to DX 69, 70 and 67 |
| 12:37 p.m. | Mr. Jay responds |
| 12:38 p.m. | Court if Apple cannot lay proper foundation they will not come in; Mr. Nese asks for clarification on when to raise objection during trial; Court responds |
| 12:40 p.m. | Mr. Levy addresses objections to DX 130, 131, 134, 135 and 470 stating the objections are withdrawn |

| | |
|---|---|
| 12:40 p.m. | Saqib Siddiqui addresses objections to DX 311-316 |
| 12:43 p.m. | Mr. Fowler responds |
| 12:46 p.m. | Court questions re prejudice; Mr. Siddiqui responds; Mr. Fowler responds |
| 12:48 p.m. | Court will allow as demonstrative and may allow to be admitted during trial |
| 12:48 p.m. | Mr. Tidwell states that Apple is withdrawing DX 472; Ms. Gibson confirms |
| 12:49 p.m. | Ms. Gibson states Apple has withdrawn all objections except for foundation as to PX 63-65, 67-68, 70, 57, 58 and 59 |
| 12:49 p.m. | Ms. Gibson addresses objection to PX78 |
| 12:50 p.m. | Mr. Levy responds |
| 12:52 p.m. | Ms. Gibson states objection is withdrawn |
| 12:52 p.m. | Mr. Gillam addresses objection to PX 80, 81, 83, 84 and 86 |
| 12:54 p.m. | Mr. Tidwell responds |
| 12:56 p.m. | Mr. Gillam responds |
| 12:58 p.m. | Court question why needs to come in; Mr. Tidwell responds; Court asks for cases that have allowed license into evidence; Mr. Tidwell responds |
| 12:59 p.m. | Mr. Gillam responds |
| 1:00 p.m. | Mr. Tidwell responds |
| 1:00 p.m. | Mr. Gillam responds |
| 1:00 p.m. | Ms. Gibson addresses objections to exhibits PX 87-89, 90 and 97-102 |
| 1:02 p.m. | Mr. Tidwell responds |
| 1:04 p.m. | Ms. Gibson responds |
| 1:05 p.m. | Court questions re wilfulness; Mr. Gibson responds |
| 1:06 p.m. | Ms. Gibson addresses objection to exhibit PX 226 |
| 1:08 p.m. | Mr. Tidwell responds |

| | |
|---|---|
| 1:11 p.m. | Ms. Gibson responds |
| 1:12 p.m. | Court questions re redaction; Ms. Gibson responds; Mr. Tidwell responds; Ms. Gibson responds |
| 1:13 p.m. | Court questions re too prejudicial; Ms. Gibson responds |
| 1:14 p.m. | Court overrules objection |
| 1:14 p.m. | Ms. Gibson addresses objection to PX 794 |
| 1:15 p.m. | Mr. Levy responds |
| 1:17 p.m. | Ms. Gibson responds |
| 1:18 p.m. | Court questions re getting information into evidence without using transcript; Mr. Levy responds; Ms. Gibson responds; Court asks parties to work out agreement to use quote slide |
| 1:20 p.m. | Court will get out ruling on remaining objections next week - PX 80, 81, 83, 84, 86, 87-89, 90, 97-102 |
| 1:21 p.m. | Mr. Fowler addresses pending motion to sever; Court questions re resolving during post-trial proceedings; Mr. Fowler responds; Mr. Fussell responds; Court will take up as part of post-trial proceedings |
| 1:23 p.m. | Mr. Fowler argues motion to stay |
| 1:26 p.m. | Court questions re how AGIS case differs from this case; Mr. Fowler responds |
| 1:28 p.m. | Court questions re why motion wasn't filed in November; Mr. Fowler responds |
| 1:30 p.m. | Mr. Fowler addresses alternative relief sought re COVID |
| 1:35 p.m. | Mr. Culberton responds |
| 1:39 p.m. | Mr. Fowler responds |
| 1:40 p.m. | Court will issue written order on motion to stay within a couple of days |
| 1:42 p.m. | Court addresses safety of having trial |
| 1:46 p.m. | Adjourned |