IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| MAXELL, LTD.,<br><br>        Plaintiff<br><br>   v.<br><br>APPLE INC.,<br><br>        Defendant. | NO. 5:19-cv-00036-RWS<br><br>**JURY TRIAL DEMANDED** |

**APPLE INC.'S FINAL TRIAL WITNESS LIST**

    Defendant Apple Inc. ("Apple") hereby submits its final trial witness list pursuant to the Court's Order on March 17, 2021 (Dkt. No. 665). Apple makes no representation that each of the witnesses on this list will ultimately be able to attend the trial. Apple does not know the precise nature or scope of the testimony and evidence that Maxell, Ltd. ("Maxell") may seek to present at trial or what witnesses will be available to testify at trial. As such, Apple reserves the right to modify, amend or supplement this list throughout the balance of this case based on case developments, including but not limited to the right to (1) not call certain of the listed witnesses, (2) call live, or by deposition, any witness identified on Maxell's witness lists as Defendant's witness at trial, and (3) call any witnesses necessary to authenticate or lay the foundation for the introduction of documents to which Maxell objects (including but not limited to custodians of records or authors of prior art). Apple also reserves the right to supplement or modify this list in response to further rulings by the Court. At present, Apple intends to call by live testimony— whether in person or remote—all witnesses designated as "Will Call" in the table below. Apple nevertheless reserves all rights to call the witnesses by deposition, as identified in its deposition

designations or counter-designations. Apple includes in this list individuals who may be listed on Maxell's witness list without prejudice to its right to object to Maxell's presentation of those witnesses at trial and/or the admissibility of all or part of those witnesses' testimony, or its right to move for the exclusion of those witnesses' testimony. At this time, Apple identifies the following witnesses for trial:

| Witness; Employer; Topic of Testimony | Will Call | May Call | May, But Probably Will Not Call | Remote Live Testimony |
|---|---|---|---|---|
| Dr. Gregory Abowd; Georgia Institute of Technology; facts related to prior art systems and references | X | | | |
| Dr. Alan Bovik; University of Texas; expert witness for U.S. Patent No. 8,339,493 | X | | | X |
| Kent Broddle; former Garmin engineer; facts related to prior art systems and references | X | | | |
| Tülen Erdem; New York University; Maxell's offered expert witness relating to surveys | | | X | |
| Lance E. Gunderson; Echelon Analytics; expert witness for damages | X | | | |
| Norio Kitagata; Maxell; Maxell's corporate representative on certain topics | | | X | |

| Witness; Employer; Topic of Testimony | Will Call | May Call | May, But Probably Will Not Call | Remote Live Testimony |
|---|---|---|---|---|
| Marc Krochmal; Apple; accused Apple products and functionalities | X | | | X |
| Alex Ledwith; Apple; accused Apple products and functionalities | X | | | |
| Dr. Vijay Madisetti; Georgia Institute of Technology; Maxell's offered expert witness for U.S. Patent No. 8,339,493 | | | X | |
| Jun Maeoka; Hitachi, Ltd.; named inventor of asserted patent | | | X | |
| Andrew McMahon; Apple; accused Apple products and functionalities | X | | | |
| Dr. Daniel Menascé; George Mason University; expert witness for U.S. Patent Nos. 7,116,438and 6,329,794 | X | | | X |
| Heather Mewes; Apple; Apple, pre-suit communications, patent licensing/acquisition | X | | | |
| Carla Mulhern; Analysis Group, Inc.; Maxell's offered expert witness for damages | | | X | |

3

| Witness; Employer; Topic of Testimony | Will Call | May Call | May, But Probably Will Not Call | Remote Live Testimony |
|---|---|---|---|---|
| Jacob Munford; independent researcher; expert witness for publication and public accessibility of documents | X | | | X |
| Kenji Nakamura; Maxell; Maxell's corporate witness on certain topics | | | X | |
| Takahiro Nakano; Hitachi Industry & Control Solutions; named inventor of asserted patent | | | X | |
| Shigeto Oeda; Hitachi Industry & Control Solutions; named inventor of asserted patent | | | X | |
| Dr. Joseph Paradiso; Massachusetts Institute of Technology; expert witness for U.S. Patent Nos. 6,748,317, 6,480,999, and 6,430,498 | X | | | |
| Dr. Craig Rosenberg; Global Technica; Maxell's offered expert witness for U.S. Patent Nos. 6,748,317, 6,480,999, and 6,430,498 | | | X | |
| Dr. Itamar Simonson; Stanford University; expert witness relating to surveys | X | | | X |

| Witness; Employer; Topic of Testimony | Will Call | May Call | May, But Probably Will Not Call | Remote Live Testimony |
|---|---|---|---|---|
| Robert Stoll; Faegre Drinker Biddle & Reath LLP; Maxell witness | | | X | |
| Steve Washio; Maxell Corporation of America; pre-suit communications | | | X | |
| Dr. Tim Williams; Beach Technologies, LLC; Maxell's offered expert witness for U.S. Patent No. 7,116,438 | | | X | |

Dated: March 19, 2021

By: */s/ Michael Jay*
Melissa R. Smith (TX #24001351)
melissa@gilliamsmithlaw.com
Gilliam & Smith, LLP
303 South Washington Avenue
Marshall, TX 75670
Tel: 903.934.8450
Fax: 903.934.9257

Mark D. Fowler (*Pro Hac Vice*)
Brent K. Yamashita
Christian Chessman
**DLA PIPER LLP (US)**
2000 University Ave.
East Palo Alto, CA 94303-2214
Tel: 650.833.2000
Fax: 650.833.2001

Sean C. Cunningham (*Pro Hac Vice*)
Erin P. Gibson (*Pro Hac Vice*)
David R. Knudson (*Pro Hac Vice*)
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101
Tel: 619.699.2700

Fax: 619.699.2701

Michael Jay (*Pro Hac Vice*)
**DLA PIPER LLP (US)**
2000 Avenue of the Stars, Suite 400
Los Angeles, CA 90067
Tel: 310.595.3000
Fax: 310.595.3300

Aaron G. Fountain
Zachary Loney
**DLA PIPER LLP (US)**
401 Congress Avenue, Suite 2500
Austin, Texas 78701-3799
Tel: 512.457.7000
Fax: 512.457.7001

Dawn M. Jenkins
**DLA PIPER LLP (US)**
1000 Louisiana, Suite 2800
Houston, TX 77002-5005
Tel: 713.425.8490
Fax: 713.300.6012

Paul Steadman
Stephanie Lim (*Pro Hac Vice*)
**DLA PIPER LLP (US)**
444 West Lake Street, Ste. 900
Chicago, IL 60606
Tel: 312.368.4000
Fax: 312.236.7516

*Counsel for Defendant Apple Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 19th day of March, 2021 with a copy of this document via electronic mail.

*/s/ Michael Jay*
Michael Jay
