IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| MAXELL, LTD., <br><br> *Plaintiff*, <br><br> v. <br><br> APPLE INC., <br><br> *Defendant*. | Case No. 5:19-cv-00036-RWS <br><br> **JURY TRIAL DEMANDED** |

**PLAINTIFF MAXELL, LTD.'S FINAL
<u>IDENTIFICATION OF TRIAL WITNESSES</u>**

Plaintiff Maxell, Ltd. ("Maxell"), pursuant to the Court's Order (D.I. 665), hereby identifies the following narrowed list of witnesses and rebuttal witnesses whom it will or may call at trial to testify in person, via remote means, by deposition designation, or by declaration. A witness identified as "In-Person" is expected to testify live in-person at the courthouse, a witness identified as "Remote" is expected to testify live by remote means, and a witness identified as "Designation" is expected to be presented by deposition designation.

| | WITNESS, employer, topic of testimony | WILL CALL | MAY CALL | MAY, BUT PROBABLY WILL NOT CALL | IN-PERSON (I) REMOTE (R) DESIGNATION (D) |
|---|---|---|---|---|---|
| 1. | Dr. Vijay Madisetti <br><br> Infringement and Validity of U.S. Patent No. 8,339,493 | X | | | I |
| 2. | Dr. Craig Rosenberg <br><br> Infringement and Validity of U.S. Patent Nos. 6,748,317, 6,430,498, and 6,580,999 | X | | | I |
| 3. | Dr. Tim Williams <br><br> Infringement and Validity of U.S. Patent No. 7,116,438 | X | | | R |

| # | Witness / Topic | | | | |
|---|---|---|---|---|---|
| 4. | Robert L. Stoll<br><br>USPTO Patent Practice and Procedures as it relates to determining the status of prior art under 35 U.S.C. § 102 | X | | | R |
| 5. | Dr. Tulin Erdem, Stern School of Business<br><br>Survey Related to Smartphone Features Associated with U.S. Patent Nos. 6,748,317 and 6,580,999 | | X | | R |
| 6. | Carla Mulhern, Analysis Group<br><br>Economic Analysis and Damages Resulting from Infringement of Asserted Patents | X | | | I |
| 7. | Kenji Nakamura, Maxell Ltd.<br><br>Maxell, Patent Ownership, Patent Licensing | X | | | I |
| 8. | Norio Kitagata, Maxell Ltd.<br><br>Maxell, Patent Ownership | | | X | |
| 9. | Steven Washio, Maxell Corporation of America, Inc.<br><br>Patent Licensing, Prior Dealings between Maxell and Apple | X | | | I |
| 10. | Jun Maeoka, Inventor | | | X | |
| 11. | Takahiro Nakano, Inventor | | | X | |
| 12. | Alan Loudermilk<br><br>Patent Licensing, Prior Dealings between Maxell and Apple | X | | | I |
| 13. | Alex Ledwith, Apple Inc.<br><br>Accused Watch Features and Functionalities | | X | | To discuss with Apple after receiving Apple's updated witness list |
| 14. | Andrew McMahon, Apple Inc.<br><br>Accused Camera Features and Functionalities | | X | | To discuss with Apple after receiving Apple's updated witness list |

| # | Witness / Topic | | X | | Notes |
|---|---|---|---|---|---|
| 15. | Daniel Borges, Apple Inc.<br><br>Accused AirDrop and Authentication Features and Functionalities | | X | | To discuss with Apple after receiving Apple's updated witness list |
| 16. | Frank Casanova, Apple Inc.<br><br>Apple Inc.; Accused Product Marketing and Advertising | | X | | To discuss with Apple after receiving Apple's updated witness list |
| 17. | Heather Mewes, Apple Inc.<br><br>Pre-suit Communications Between Apple and Maxell; Apple Patent Licensing and Acquisition | | X | | To discuss with Apple after receiving Apple's updated witness list |
| 18. | Michael Jaynes, Apple Inc.<br><br>Accused Product Sales and Financial Information | | X | | To discuss with Apple after receiving Apple's updated witness list |
| 19. | Marc Krochmal, Apple Inc.<br><br>Accused AirDrop and Authentication Features and Functionalities | | X | | To discuss with Apple after receiving Apple's updated witness list |
| 20. | Patrick Coleman, Apple Inc.<br><br>Accused Maps Features and Functionalities | | X | | To discuss with Apple after receiving Apple's updated witness list |
| 21. | Paul Hubel, Apple Inc.<br><br>Accused Camera Features and Functionalities | | X | | To discuss with Apple after receiving Apple's updated witness list |
| 22. | Robert Mayor, Apple Inc.<br><br>Accused Find My Friends and Maps Features and Functionalities | | X | | To discuss with Apple after receiving Apple's updated witness list |
| 23. | Scott Lopatin, Apple Inc.<br><br>Accused Find My Friends and Maps Features and Functionalities | | X | | To discuss with Apple after receiving Apple's updated witness list |

| | | | | | |
|---|---|---|---|---|---|
| 24. | Dr. Alan Bovik<br><br>Infringement and Validity of U.S. Patent No. 8,339,493 | | | X | |
| 25. | Dr. Daniel Menascé<br><br>Infringement and Validity of U.S. Patent Nos. 6,329,794 and 7,116,438 | | | X | |
| 26. | Dr. Joseph Paradiso<br><br>Infringement and Validity of U.S. Patent Nos. 6,748,317, 6,580,999, and 6,430,498 | | | X | |
| 27. | Dr. Andrew Mayo<br><br>Apple Source Code | | | X | |
| 28. | Jacob Robert Munford<br><br>Publication and Public Accessibility of Prior Art | | | X | |
| 29. | Lance Gunderson<br><br>Economic Analysis and Damages Resulting from Infringement of Asserted Patents | | | X | |
| 30. | Dr. Itamar Simonson<br><br>Survey Related to Smartphone Features Associated with U.S. Patent Nos. 6,748,317 and 6,580,999; Purchase impact and value of iPhone, iPad, and Apple Watch Features | | | X | |
| 31. | Qualcomm Representative, Accused Qualcomm Components | | | X | |
| 32. | Garmin Representative | | | X | |
| 33. | Kent Broddle, Former Garmin Engineer | | | X | D |
| 34. | Louis Hruska | | | X | |
| 35. | Skyworks Solutions Representative, Accused Skyworks Components | | | X | |

|     |                                                                                                 |   |   |   |   |
| --- | ----------------------------------------------------------------------------------------------- | - | - | - | - |
| 36. | Intel Corporation Representative, Accused Intel Components                                      |   |   | X |   |
| 37. | Broadcom Inc. Representative, Accused Broadcom Components                                       |   |   | X |   |
| 38. | Avago Representative, Accused Avago Components                                                  |   |   | X |   |
| 39. | Qorvo, Inc. Representative, Accused Qorvo Components                                            |   |   | X |   |
| 40. | TriQuint Representative, Accused TriQuint Components                                            |   |   | X |   |
| 41. | Bosch Representative, Accused Bosch Components                                                  |   |   | X |   |
| 42. | ST Microelectronics, Inc. Representative, Accused ST Microelectronics Components                |   |   | X |   |
| 43. | Murata Manufacturing Representative, Accused Murata Components                                  |   |   | X |   |
| 44. | Universal Scientific Industrial Representative, Accused Universal Scientific Industrial Components |   |   | X |   |
| 45. | Samsung Display/Samsung Austin Semiconductor Representative, Accused Samsung Components         |   |   | X |   |
| 46. | Sony Corporation of America Representative, Accused Sony Components                             |   |   | X |   |
| 47. | InvenSense Representative, Accused InvenSense Components                                        |   |   | X |   |
| 48. | NXP Semiconductors Representative, Accused NXP Semiconductors Components                        |   |   | X |   |
| 49. | Toshiba Memory Representative, Accused Toshiba Components                                       |   |   | X |   |
| 50. | Flex Ltd. Representative, Accused Flex Ltd. Components                                          |   |   | X |   |

|  | Witness |  |  |  |  |
|---|---|---|---|---|---|
| 51. | Cirrus Logic, Inc. Representative, Accused Cirrus Logic Components |  |  | X |  |
| 52. | Texas Instruments Inc. Representative, Accused Texas Instruments Components |  |  | X |  |
| 53. | Dr. Andrew Lippman |  |  | X |  |
| 54. | Dr. Thomas La Porta |  |  | X |  |
| 55. | Dr. Victor Shoup |  |  | X |  |
| 56. | Dr. William Redman-White |  |  | X |  |
| 57. | Dr. Michael Kotzin |  |  | X |  |
| 58. | Dr. Jeffrey J. Rodriguez |  |  | X |  |
|  | Any and all witnesses identified in Apple Inc.'s disclosure of witnesses it will or may call at trial, either for its case-in-chief or rebuttal case. |  |  |  |  |

Maxell reserves the right to revise or supplement this list consistent with the Docket Control Order or as otherwise permitted by the Court. Maxell reserves the right to call or use any witnesses, designations, or declarations identified by Apple. Maxell also reserves the right to present witnesses by designation for any witness who, for any reason, is no longer able to testify "In-Person" or "Remote." Finally, Maxell reserves the right to use in rebuttal any of the above listed affirmative witnesses, deposition designations, or declarations.

Dated: March 19, 2021          By:   */s/ Jamie B. Beaber*

                                     Geoff Culbertson
                                     Kelly Tidwell
                                     Patton, Tidwell & Culbertson, LLP
                                     2800 Texas Boulevard (75503)
                                     Post Office Box 5398
                                     Texarkana, TX 75505-5398
                                     Telephone: (903) 792-7080

Facsimile: (903) 792-8233
gpc@texarkanalaw.com
kbt@texarkanalaw.com

Jamie B. Beaber
Alan M. Grimaldi
Kfir B. Levy
James A. Fussell, III
William J. Barrow
Baldine B. Paul
Tiffany A. Miller
Saqib Siddiqui
Bryan Nese
Alison T. Gelsleichter
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
jbeaber@mayerbrown.com
agrimaldi@mayerbrown.com
klevy@mayerbrown.com
jfussell@mayerbrown.com
wbarrow@mayerbrown.com
bpaul@mayerbrown.com
tmiller@mayerbrown.com
ssiddiqui@mayerbrown.com
bnese@mayerbrown.com
agelsleichter@mayerbrown.com

Robert G. Pluta
Amanda S. Bonner
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
(312) 782-0600
rpluta@mayerbrown.com
asbonner@mayerbrown.com

*Counsel for Plaintiff Maxell, Ltd.*

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 19th day of March, 2021 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

Dated: March 19, 2021                  */s/ Jamie B. Beaber*
                                                  Jamie B. Beaber